IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS,<br><br>            Plaintiff,<br><br>       v.<br><br>ALKAR-RAPIDPAK-MP EQUIPMENT, INC. and DOES 1-10,<br><br>            Defendants. | 1:11-CV-00030 AWI SMS<br><br>ORDER VACATING APRIL 11, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Currently pending before the Court is Defendant's Motion to Dismiss. This motion is set for hearing on April 11, 2011, at 1:30 p.m. in Courtroom 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 11, 2011, is VACATED, and the parties shall not appear at that time. As of April 11, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 6, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE