Michael L. Resch (SBN 202909)
Email: mresch@mayerbrown.com
Andrea M. Weiss (SBN 252429)
Email: aweiss@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, Suite 2500
Los Angeles, CA 90071
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Plaintiff
FOSTER POULTRY FARMS

Lance A. Etcheverry (SBN 199916)
Email:  lance.etcheverry@skadden.com
Dolly K. Hansen (SBN 254826)
Email:  dolly.hansen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

Attorneys for Defendant
ALKAR-RAPIDPAK-MP EQUIPMENT, INC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| FOSTER POULTRY FARMS, | ) No. 1:11-CV-00030-AWI-SMS |
| Plaintiff, | ) **ORDER GRANTING STIPULATION REGARDING SETTLEMENT** |
| vs. | ) **CONFERENCE BEFORE MAGISTRATE JUDGE SNYDER** |
| ALKAR-RAPIDPAK-MP EQUIPMENT, INC. and DOES 1-10, | ) Settlement Conference Date:  June 2, 2011<br>) Settlement Conference Time:  10:30 a.m. |
| Defendants. | ) Courtroom:  7 |
| | ) **ORDER STAYING THE RULING ON MOTION TO DISMISS, CURRENTLY UNDER SUBMISSION BEFORE DISTRICT JUDGE ISHII** |

STIPULATION REGARDING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE SNYDER

The Court, having considered the Parties' Stipulation Regarding Settlement Conference Before Magistrate Judge Snyder, which stated as follows:

Plaintiff Foster Poultry Farms ("Plaintiff") and Defendant Alkar-RapidPak-MP Equipment, Inc. ("Defendant") (collectively referred to herein as the "Parties") hereby agree and stipulate as follows:

WHEREAS, the Parties have agreed to participate in a Settlement Conference before Magistrate Judge Snyder;

WHEREAS, the Parties agree that a ruling on Defendant's pending Motion to Dismiss (Docket No. 10) should be stayed pending the outcome of the Settlement Conference; and

WHEREAS, the Court has indicated its availability for a Settlement Conference in this case on June 2, 2011 at 10:30 a.m. based on the terms set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel of record, subject to the approval of the Court, as follows:

1. The Parties shall participate in a Settlement Conference before Magistrate Judge Snyder on June 2, 2011 at 10:30 a.m. (the "Settlement Conference").

2. Representatives of both parties with full settlement authority shall appear in person at the Settlement Conference.

3. The District Court's ruling on Defendant's pending Motion to Dismiss (Docket No. 10) shall be **STAYED** pending the outcome of the Settlement Conference.

4. The Parties shall submit confidential Settlement Conference statements to Magistrate Judge Snyder by May 26, 2011 at 12:00 p.m., and the statements shall not be served on the opposing party. If a Party's settlement statement including exhibits exceeds 25 pages, it shall be submitted in paper copy to the Clerk's Office to be delivered to Judge Snyder's chambers; if the statement is less than 25 pages, it may be submitted via e-mail to smsorders@caed.uscourts.gov.

5. The Parties acknowledge that they shall appear at the Settlement Conference and negotiate in good faith to reach a settlement. Prior to the Settlement Conference, Plaintiff shall provide Defendant with a settlement demand, and the Parties shall meet and confer over that demand.

1  Defendant shall appear at the Settlement Conference with authority to settle the case beyond nuisance
2  value.
3
4
5
6
7  IT IS SO ORDERED.
8     Dated:   **April 26, 2011**                         **/s/ Sandra M. Snyder**
                                                                   UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28