Michael L. Resch (SBN 202909)
Email: mresch@mayerbrown.com
Andrea M. Weiss (SBN 252429)
Email: aweiss@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, Suite 2500
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Plaintiff
FOSTER POULTRY FARMS
(Additional counsel listed in concurrently-filed stipulation)

Lance A. Etcheverry (SBN 199916)
Email: lance.etcheverry@skadden.com
Dolly K. Hansen (SBN 254826)
Email: dolly.hansen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for Defendant
ALKAR-RAPIDPAK-MP EQUIPMENT, INC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| FOSTER POULTRY FARMS,<br><br>    Plaintiff,<br><br>  vs.<br><br>ALKAR-RAPIDPAK-MP EQUIPMENT, INC. and DOES 1-10,<br><br>    Defendants. | No. 1:11-CV-00030-AWI-SMS<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>Presiding:   Hon. Anthony H. Ishii<br>Action Filed: December 13, 2010<br>Trial Date:   None Set |

ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

1  The Court, having considered the Parties' Stipulation to Extend Time for Plaintiff to File First Amended Complaint, which stated as follows:

  Plaintiff Foster Poultry Farms ("Plaintiff") and Defendant Alkar-RapidPak-MP Equipment, Inc. ("Defendant") (collectively referred to herein as the "Parties") hereby agree and stipulate as follows:

  WHEREAS, on June 8, 2011, the Court issued an order granting Defendant's Motion to Dismiss Plaintiff's complaint and allowing Plaintiff leave to amend as to the First, Second, Third, and Fifth causes of action;

  WHEREAS, the Court's June 8, 2011 Order provided that Plaintiff must file any amended complaint within twenty-one (21) days of the filing of the Order, such that the amended complaint is currently due June 29, 2011;

  WHEREAS, in granting Defendant's motion to dismiss Plaintiff's First, Second, and Third causes of action, the Court determined, among other things, that those claims were time-barred pursuant to California Commercial Code Section 2725;

  WHEREAS, Plaintiff respectfully contends that the Court's application of California Commercial Code Section 2725 in this was case was in error and intends to file a motion for reconsideration, which will be set for hearing on August 15, 2011;

  WHEREAS, Defendant believes that there is no basis for a motion for reconsideration and accordingly intends to oppose Plaintiff's motion for reconsideration;

  WHEREAS, for efficiency and practicability reasons and to ease the burden on the Court, the parties agree that the motion for reconsideration should be decided before Plaintiff is required to file any amended complaint, so that among other things Defendant is not forced to file a motion to dismiss the amended complaint before the Court rules on the motion for reconsideration;

  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel of record, subject to the approval of the Court, as follows:

-1-

ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

1  Plaintiff's deadline to file an amended complaint shall be continued from June 29, 2011 to ten
2  (10) days after the Court issues its order on Plaintiff's motion for reconsideration.

5  IT IS SO ORDERED.

6  Dated: __June 20, 2011__                    _____
7                                                CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT