1  LANCE A. ETCHEVERRY (SBN 199916)
   Lance.Etcheverry@skadden.com
2  DOLLY K. HANSEN (SBN 254826)
   Dolly.Hansen@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
   300 South Grand Avenue
4  Los Angeles, California 90071-3144
   Telephone: (213) 687-5000
5  Facsimile:  (213) 687-5600

6  Attorneys for Defendant
   ALKAR-RAPIDPAK-MP EQUIPMENT,
7  INC.

8  MAYER BROWN LLP
   Michael L. Resch (SBN 202909)
9  mresch@mayerbrown.com
   Andrea M. Weiss (SBN 252429)
10 aweiss@mayerbrown.com
   350 South Grand Avenue, Suite 2500
11 Los Angeles, CA 90071
   Telephone:  (213) 229-9500
12 Facsimile:  (213) 625-0248

13 Attorneys for Plaintiff
   FOSTER POULTRY FARMS
14

15
                       UNITED STATES DISTRICT COURT
16
                       EASTERN DISTRICT OF CALIFORNIA
17
                              FRESNO DIVISION
18

19 FOSTER POULTRY FARMS,                )  CASE NO.: 1:11-CV-00030-AWI-SMS
                                        )
20                 Plaintiff,           )  **ORDER GRANTING STIPULATION**
                                        )  **FOR EXTENSION OF TIME TO**
21         v.                           )  **RESPOND TO FIRST AMENDED**
                                        )  **COMPLAINT AND BRIEFING**
22 ALKAR-RAPIDPAK-MP EQUIPMENT,         )  **SCHEDULE ON DEFENDANT'S**
   INC. and DOES 1-10,                  )  **MOTION TO DISMISS**
23                                      )
                   Defendants.          )
24                                      )  Presiding:    Hon. Anthony H. Ishii
                                        )  Action Filed: December 13, 2010
25                                      )  Trial Date:   None Set
                                        )
26

27

28

[PROPOSED] ORDER

**ORDER**

Upon consideration of the Stipulation between Plaintiff, Foster Poultry Farms, and Defendant, Alkar-RapidPak-MP Equipment, Inc., to extend the time for Defendant to respond to Plaintiff's First Amended Complaint and to set a briefing schedule and hearing date for Defendant's Motion to Dismiss, and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendant's deadline to file its Motion to Dismiss Plaintiff's First Amended Complaint is January 16, 2012;

2. Plaintiff's deadline to file its Opposition to Defendant's Motion to Dismiss is February 15, 2011;

3. Defendant's deadline to file its Reply in support of Defendant's Motion to Dismiss is February 27, 2011;

4. The hearing on Defendant's Motion to Dismiss is March 5, 2011, or a day thereafter that is convenient for the Court;

5. The telephonic Case Management Conference scheduled in this matter before the Court on January 17, 2012 at 10:00 a.m. is continued until a date to be determined by the Court following its ruling on Defendant's Motion to Dismiss; and

6. The time for Defendant to file its Answer to the First Amended Complaint is continued until a date to be determined by the Court following its ruling on Defendant's Motion to Dismiss.

IT IS SO ORDERED.

Dated:   December 14, 2011             _____
                                        CHIEF UNITED STATES DISTRICT JUDGE