LANCE A. ETCHEVERRY (SBN 199916)
Lance.Etcheverry@skadden.com
DOLLY K. HANSEN (SBN 254826)
Dolly.Hansen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

Attorneys for Defendant
ALKAR-RAPIDPAK-MP EQUIPMENT, INC.

MAYER BROWN LLP
Michael L. Resch (SBN 202909)
mresch@mayerbrown.com
Andrea M. Weiss (SBN 252429)
aweiss@mayerbrown.com
350 South Grand Avenue, Suite 2500
Los Angeles, CA 90071
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Plaintiff
FOSTER POULTRY FARMS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALKAR-RAPIDPAK-MP EQUIPMENT, INC. and DOES 1-10,<br><br>　　　　　　Defendants. | CASE NO.: 1:11-CV-00030-AWI-SMS<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Presiding:　　Hon. Anthony H. Ishii<br>Action Filed:　December 13, 2010<br>Trial Date:　　None Set |

[PROPOSED] ORDER

**ORDER**

Upon consideration of the Stipulation between Plaintiff, Foster Poultry Farms, and Defendant, Alkar-RapidPak-MP Equipment, Inc., to extend the time for Defendant to respond to Plaintiff's First Amended Complaint and to set a briefing schedule and hearing date for Defendant's Motion to Dismiss, and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendant's deadline to file its Motion to Dismiss Plaintiff's First Amended Complaint is January 16, 2012;

2. Plaintiff's deadline to file its Opposition to Defendant's Motion to Dismiss is February 15, 2011;

3. Defendant's deadline to file its Reply in support of Defendant's Motion to Dismiss is February 27, 2011;

4. The hearing on Defendant's Motion to Dismiss is March 5, 2011, or a day thereafter that is convenient for the Court;

5. The telephonic Case Management Conference scheduled in this matter before the Court on January 17, 2012 at 10:00 a.m. is continued until a date to be determined by the Court following its ruling on Defendant's Motion to Dismiss; and

6. The time for Defendant to file its Answer to the First Amended Complaint is continued until a date to be determined by the Court following its ruling on Defendant's Motion to Dismiss.

IT IS SO ORDERED.

Dated:   December 14, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE