IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FOSTER POULTRY FARMS, | ) | 1:11-CV-00030 AWI SMS |
| | ) | |
| Plaintiff, | ) | ORDER VACATING MARCH |
| | ) | 5, 2012 HEARING DATE AND |
| v. | ) | TAKING DEFENDANT'S |
| | ) | MOTION TO DISMISS FIRST |
| ALKAR-RAPIDPAK-MP EQUIPMENT, | ) | AMENDED COMPLAINT |
| INC. and DOES 1-10, | ) | UNDER SUBMISSION |
| | ) | |
| Defendants. | ) | (Doc. 49) |

Currently pending before this Court is Defendant Alkar-Rapidpak-MP Equipment, Inc.'s Motion to Dismiss the First Amended Complaint. See Court's Docket, Doc. No. 35. This motion is set for hearing on March 5, 2012, at 1:30 p.m. in Courtroom 2. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 5, 2012, is VACATED, and the parties shall not appear at that time. As of March 5, 2012, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 27, 2012

                                            CHIEF UNITED STATES DISTRICT JUDGE