LANCE A. ETCHEVERRY (SBN 199916)
Lance.Etcheverry@skadden.com
DOLLY K. HANSEN (SBN 254826)
Dolly.Hansen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

Attorneys for Defendant
ALKAR-RAPIDPAK-MP EQUIPMENT, INC.

MAYER BROWN LLP
Michael L. Resch (SBN 202909)
mresch@mayerbrown.com
Andrea M. Weiss (SBN 252429)
aweiss@mayerbrown.com
350 South Grand Avenue, Suite 2500
Los Angeles, CA 90071
Telephone:  (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Plaintiff
FOSTER POULTRY FARMS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALKAR-RAPIDPAK-MP EQUIPMENT, INC. and DOES 1-10,<br><br>    Defendants. | CASE NO.: 1:11-CV-00030-AWI-SMS<br><br>**ORDER GRANTING STIPULATION TO SET DATE TO ANSWER FIRST AMENDED COMPLAINT**<br>**(Doc. 58)**<br><br>Presiding:     Hon. Anthony W. Ishii<br>Action Filed:  December 13, 2010<br>Trial Date:    None Set |

1  Upon consideration of the Stipulation between Plaintiff, Foster Poultry Farms, and
2  Defendant, Alkar-RapidPak-MP Equipment, Inc., to set a date for Defendant to file its Answer to
3  Plaintiff's First Amended Complaint, and for good cause shown,
4  IT IS HEREBY ORDERED that Defendant shall file its Answer to Plaintiff's First
5  Amended Complaint on or before **May 4, 2012**.  Should this date in any way affect the Scheduling
6  Conference set May 15, 2012 at 10:00 a.m., counsel shall promptly contact this Court's chambers
7  at (559) 499-5690.

IT IS SO ORDERED.

Dated:   **April 24, 2012**            **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE