LANCE A. ETCHEVERRY (SBN 199916)
Lance.Etcheverry@skadden.com
DOLLY K. HANSEN (SBN 254826)
Dolly.Hansen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

Attorneys for Defendant
ALKAR-RAPIDPAK-MP EQUIPMENT, INC.

MAYER BROWN LLP
Michael L. Resch (SBN 202909)
mresch@mayerbrown.com
Barrett L. Schreiner (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue, Suite 2500
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Plaintiff
FOSTER POULTRY FARMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALKAR-RAPIDPAK-MP EQUIPMENT, INC. and DOES 1-10,<br><br>                    Defendants. | CASE NO.: 1:11-CV-00030-AWI-SMS<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO REQUEST FOR RECONSIDERATION BY THE DISTRICT COURT OF MAGISTRATE JUDGE'S RULING**<br><br>Presiding:     Hon. Anthony H. Ishii<br>Action Filed:  December 13, 2010<br>Trial Date:    October 16, 2013 |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Upon consideration of the Stipulation between Plaintiff, Foster Poultry Farms, and Defendant, Alkar-RapidPak-MP Equipment, Inc., to extend the time for Defendant to respond to Plaintiff's Request for Reconsideration by the District Court of Magistrate Judge's Ruling, and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendant's deadline to file its Opposition to Plaintiff's Request for Reconsideration by the District Court of Magistrate Judge's Ruling is January 4, 2013.

IT IS SO ORDERED.

Dated:   December 27, 2012                              _____
                                                        UNITED STATES DISTRICT JUDGE