MAYER BROWN LLP
Michael L. Resch (SBN 202909)
 *mresch@mayerbrown.com*
Barrett L. Schreiner (SBN 266617)
 *bschreiner@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

MAYER BROWN LLP
Carmine R. Zarlenga (*pro hac vice*)
 *czarlenga@mayerbrown.com*
1999 K Street, NW
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Attorneys for Plaintiff
Foster Poultry Farms

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALKAR-RAPIDPAK-MP EQUIPMENT, INC., and DOES 1-10,<br><br>　　　　　Defendant. | Case No. 11-cv-00030 AWI (SMS)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE DEADLINES FOLLOWING SETTLEMENT CONFERENCE**<br><br>**Courtroom:** 2<br>**Presiding:**  Hon. Anthony W. Ishii<br><br>**Action Filed:** December 13, 2010<br>**Trial Date:** October 16, 2013 |

Upon consideration of the Stipulation between Plaintiff Foster Poultry Farms and Defendant Alkar-RapidPak-MP Equipment, Inc. (collectively referred to as the "Parties"), to continue case deadlines, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Settlement Conference is rescheduled for March 12, 2013, at 11:00 a.m., in Chambers on the Ninth Floor before Magistrate Judge Snyder;

2. The Non-expert Discovery Cut-off is continued from March 1, 2013, to May 31, 2013;

3. The Expert Disclosure deadline is continued from March 15, 2013, to June 14, 2013;

4. The Non-Dispositive Motions deadline is continued from March 15, 2013, to June 14, 2013;

5. The Supplemental Expert Disclosure deadline is continued from March 29, 2013, to June 28, 2013;

6. The Expert Discovery Cut-off is continued from May 10, 2013, to August 16, 2013;

7. The Dispositive Motions deadline is continued from June 7, 2013, to August 30, 2013;

8. The Pre-Trial Conference is continued from August 30, 2013, to December 4, 2013,  at 8:30 a.m. before Judge Anthony W. Ishii; and

9. Trial is continued from October 16, 2013, to January 14, 2014,  at 8:30 a.m. before Judge Anthony W. Ishii.

**IT IS SO ORDERED.**

Dated: 1/25/2013            /s/ SANDRA M. SNYDER
                            UNITED STATES MAGISTRATE JUDGE