1  LANCE A. ETCHEVERRY (SBN 199916)
   lance.etcheverry@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, California 90071-3144
   Telephone:  (213) 687-5000
4  Facsimile:  (213) 687-5600

5
   Attorneys for Defendant
6  ALKAR-RAPIDPAK-MP EQUIPMENT, INC.

7

8

9            **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

11

12  FOSTER POULTRY FARMS,                    Case No. 11-CV-00030 AWI (SMS)

13                    Plaintiff,             **ORDER GRANTING JOINT
                                             STIPULATION TO AMEND
14       v.                                  SCHEDULING ORDER**

15  ALKAR-RAPIDPAK-MP
    EQUIPMENT, INC., and DOES 1-10,          **Courtroom:** 2
16                                           **Presiding:**  Hon. Anthony W. Ishii
                    Defendant.
17                                           **Action Filed:** December 13, 2010
                                             **Trial Date:** January 14, 2014
18

19

20

21

22

23

24

25

26

27

28

Upon consideration of the Joint Stipulation between Plaintiff Foster Poultry Farms and Defendant Alkar-RapidPak-MP Equipment, Inc. (collectively referred to as the "Parties"), to amend the Scheduling Order, and for good cause shown, IT IS HEREBY ORDERED that:

1.   The Non-expert Discovery Cut-off is continued from May 31, 2013 to July 8, 2013;

2.   The Expert Disclosure deadline is continued from June 14, 2013 to July 19, 2013;

3.   The Non-Dispositive Motions deadline is continued from June 14, 2013 to July 19, 2013;

4.   The Supplemental Expert Disclosure deadline is continued from June 28, 2013 to August 2, 2013;

5.   The Expert Discovery Cut-off is continued from August 16, 2013 to September 13, 2013;

6.   The Dispositive Motions deadline is continued from August 30, 2013 to September 27, 2013;

7.   The Pre-Trial Conference is continued from December 4, 2013 to December 18, 2013,  at 8:30 a.m. before Judge Anthony W. Ishii ; and

8.   Trial is continued from January 14, 2014 to February 4, 2014, at 8:30 a.m. before Judge Anthony W. Ishii.

**IT IS SO ORDERED.**

**DATED:  4/10/2013          /s/ SANDRA M. SNYDER**
**                           UNITED STATES MAGISTRATE JUDGE**