LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Defendant
ALKAR-RAPIDPAK-MP EQUIPMENT, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS,<br><br>                Plaintiff,<br><br>     v.<br><br>ALKAR-RAPIDPAK-MP<br>EQUIPMENT, INC., and DOES 1-10,<br><br>             Defendant. | Case No. 11-CV-00030 AWI (SMS)<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>**Courtroom:** 2<br>**Presiding:** Hon. Anthony W. Ishii<br><br>**Action Filed:** December 13, 2010<br>**Trial Date:** January 14, 2014 |

Upon consideration of the Joint Stipulation between Plaintiff Foster Poultry Farms and Defendant Alkar-RapidPak-MP Equipment, Inc. (collectively referred to as the "Parties"), to amend the Scheduling Order, and for good cause shown, IT IS HEREBY ORDERED that:

1.      The Non-expert Discovery Cut-off is continued from May 31, 2013 to July 8, 2013;

2.      The Expert Disclosure deadline is continued from June 14, 2013 to July 19, 2013;

3.      The Non-Dispositive Motions deadline is continued from June 14, 2013 to July 19, 2013;

4.      The Supplemental Expert Disclosure deadline is continued from June 28, 2013 to August 2, 2013;

5.      The Expert Discovery Cut-off is continued from August 16, 2013 to September 13, 2013;

6.      The Dispositive Motions deadline is continued from August 30, 2013 to September 27, 2013;

7.      The Pre-Trial Conference is continued from December 4, 2013 to December 18, 2013,  at 8:30 a.m. before Judge Anthony W. Ishii ; and

8.      Trial is continued from January 14, 2014 to February 4, 2014, at 8:30 a.m. before Judge Anthony W. Ishii.

**IT IS SO ORDERED.**

**DATED:  4/10/2013            /s/ SANDRA M. SNYDER**
**                             UNITED STATES MAGISTRATE JUDGE**

1