# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALKAR-RAPIDPAK-MP EQUIPMENT, INC., and DOES 1-10,<br><br>　　　　　　Defendant. | Case No. 11-cv-00030 AWI (SMS)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff Foster Poultry Farms and Defendant Alkar-RapidPak-MP Equipment, Inc., that this matter be dismissed with prejudice, with each party to bear its own attorney's fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B).

Dated: June 17, 2013                MAYER BROWN LLP


By: /s/ Michael L. Resch
    Michael L. Resch
Attorneys for Plaintiff
Foster Poultry Farms

Dated: June 17, 2013                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: /s/ Lance A. Etcheverry
    Lance A. Etcheverry
Attorneys for Defendant
Alkar-RapidPak-MP Equipment, Inc.

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice with each party bearing its own attorney's fees, costs, and expenses.


IT IS SO ORDERED.

Dated:  June 17, 2013                _____
                                     SENIOR DISTRICT JUDGE