1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9
10
11

| | |
|---|---|
| FOSTER POULTRY FARMS, | Case No. 11-cv-00030 AWI (SMS) |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| ALKAR-RAPIDPAK-MP EQUIPMENT, INC., and DOES 1-10, | |
| Defendant. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

706777181

1   IT IS HEREBY STIPULATED by and between Plaintiff Foster Poultry

2   Farms and Defendant Alkar-RapidPak-MP Equipment, Inc., that this matter be

3   dismissed with prejudice, with each party to bear its own attorney's fees, costs, and

4   expenses.  The parties enter into this stipulation pursuant to the terms of Federal

5   Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B).

6

7   Dated: June 17, 2013                    MAYER BROWN LLP

8

9                                           By: /s/ Michael L. Resch

10                                              Michael L. Resch
                                                Attorneys for Plaintiff
11                                              Foster Poultry Farms

12   Dated: June 17, 2013                   SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM LLP
13

14                                          By: /s/ Lance A. Etcheverry

15                                              Lance A. Etcheverry
                                                Attorneys for Defendant
16                                              Alkar-RapidPak-MP Equipment, Inc.

17

18                                  **ORDER**

19   Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT this

20   case is dismissed with prejudice with each party bearing its own attorney's fees,

21   costs, and expenses.

22

23

24   IT IS SO ORDERED.

25   Dated:   June 17, 2013          _____

26                                   SENIOR  DISTRICT  JUDGE

27

28
                                          1
                                                   STIPULATION AND ORDER OF DISMISSAL;
                                                   CASE NO. 11-CV-00030 AWI (SMS)
706777181